PER CURIAM:
The court having polled at the request of a member of the court (see Internal Operating Procedure accompanying 5th Cir. R. 35, “Requesting a Poll on Court’s Own Motion”), and a majority of the judges who are in regular active service and not disqualified not haying voted in favor (see Fed. R.App. P. 35(a) and 5th Cir. R. 35.6), rehearing en banc is DENIED.*
In the en banc poll, 7 judges voted in favor of rehearing (Judges Jolly, Jones, Clement, Prado, Owen, Southwick, and Higginson), and 8 judges voted against rehearing (Chief Judge Stewart and Judges King, Davis, Smith, Dennis, Elrod, Haynes, and Graves).

 The panel hereby corrects a typographical error. In the opinion, 703 F.3d at 795, the phrase "less than .005% of the food budget” should read "less than .05% of the food budget.”